UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBOW EDUCATIONAL HOLDING, LTD., <br><br> Defendant. | Case No.: C 11-1504 PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On July 19, 2011, Defendant Ambow Educational Holding, Ltd. moved to dismiss. This case has been assigned to a Magistrate Judge. Before the court takes any further action, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than July 29, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

1  section of the court's website at www.cand.uscourts.gov.

2  Dated: July 25, 2011

3  PAUL S. GREWAL
United States Magistrate Judge