JAMES C. YOON, State Bar No. 177155
Email: jyoon@wsgr.com
MATTHEW R. REED, State Bar No. 196305
Email: mreed@wsgr.com
RANDAL C. MILLER, State Bar No. 268769
Email: rmiller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Defendant
AMBOW EDUCATION HOLDING LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBOW EDUCATION HOLDING LTD., a Cayman Islands corporation, JIN HUANG, an individual, and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 11-01504 (EJD)<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5)** |

Plaintiff Mintel Learning Technology, Inc. ("Mintel") and Defendant Ambow Education Holding Ltd. ("Ambow") hereby stipulate as follows:

1. Ambow's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) ("Motion to Dismiss") (EFC 15) will be reset for hearing on October 7, 2011, at 9:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Edward J. Davila, in the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California;

2. Mintel shall file any opposition to Ambow's Motion to Dismiss on or before August 19, 2011; and

3. Ambow shall file any reply to Mintel's opposition on or before August 26, 2011.

**IT IS SO STIPULATED.**

Dated: August 17, 2011

Attorneys for Defendant
AMBOW EDUCATION HOLDING LTD.

By:  /s/ Matthew R. Reed
       Matthew R. Reed

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: August 17, 2011

Attorneys for Plaintiff
MINTEL LEARNING TECHNOLGY, INC.

By:  /s/ J. James Li
       J. James Li

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 18, 2011

By: [signature]
    Hon. Edward J. Davila
    United States District Judge

## CERTIFICATION

I, Matthew R. Reed, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5). In compliance with General Order 45.X.B, I hereby attest that J. James Li has concurred in this filing.

Dated: August 17, 2011

Attorneys for Defendant
AMBOW EDUCATION HOLDING LTD.

By: /s/ Matthew R. Reed
      Matthew R. Reed

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

STIP. AND [PROPOSED] ORDER SETTING HEARING ON DEF.'S MOT. TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)   - 2 -   Case No. CV 11-01504 (EJD)