**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff, <br> v. <br><br> AMBOW EDUCATION HOLDING, LTD., <br><br> Defendant. | CASE NO. 5:11-CV-01504-EJD <br><br> **AMENDED ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** <br><br> [Re: Docket Item Nos. 43, 45, 46] |

Presently before the court is the motion of Ambow Education Holding, Ltd. ("Ambow") to dismiss the complaint for failure to state a claim. The court has determined that the motion is suitable for determination without oral argument pursuant to Civil L.R. 7-1(b). For the reasons set forth below, the motion is granted.

In its order resolving issues of subject matter jurisdiction and service of process (Nov. 2, 2011, ECF No. 42), the court deemed service effective upon Ambow and ordered Ambow to respond to the complaint on or before Nov. 28, 2011. Ambow timely filed a motion to dismiss the complaint for failure to state a claim. Plaintiff Mintel Learning Technology, Inc. ("Mintel") filed an amended complaint on Dec. 5, 2011, without leave of court. Mintel's opposition to Ambow's motion to dismiss does not address the motion's substantive arguments, but instead requests that the court allow withdrawal of the improperly-filed amended complaint and formally grant Mintel leave to amend. Ambow's reply in support of its motion to dismiss acts as an opposition to Mintel's request

1
CASE NO. 5:11-CV-01504-EJD
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND

1 for leave to file its amended complaint.

2 The parties are correct that Mintel's amended complaint (Dec. 5, 2011, ECF No. 45) was improperly filed because Mintel failed to obtain leave of court. It is therefore stricken. Mintel's subsequent request for leave to file an amended complaint was also improper; it should have been made as a noticed motion pursuant to Civil L.R. 7-2. Accordingly, it is denied. Ambow's motion to dismiss stands unopposed, so it is granted. Mintel is now granted leave to amend its complaint.

Good cause therefore appearing, IT IS HEREBY ORDERED that the Amended Complaint (Dec. 5, 2011, ECF No. 45) is STRICKEN.

IT IS FURTHER ORDERED that Mintel's request for leave to amend the complaint (Opp. Mot. Dismiss, Dec. 12, 2011, ECF No. 46) is DENIED WITHOUT PREJUDICE for failing to comply with Civil L.R. 7.

IT IS FURTHER ORDERED that Ambow's Motion to Dismiss (Nov. 28, 2011, ECF No. 43) is GRANTED WITH LEAVE TO AMEND. Mintel shall file an amended complaint on or before January 13, 2012, or face dismissal of the action in its entirety.

IT IS FURTHER ORDERED that Ambow shall respond to any amended complaint on or before February 3, 2012. If that response is a motion to dismiss, Mintel's opposition shall be due February 17, 2012, and Ambow's reply shall be due February 24, 2012. That motion to dismiss will be heard on March 2, 2012 at 9:00 a.m in Courtroom 4, 5th Floor, 280 S. First St., San Jose, California.

IT IS FURTHER ORDERED that the Case Management Conference currently scheduled for January 6, 2012, is continued to March 2, 2012 at 10:00 a.m.

IT IS FURTHER ORDERED that this order—which is amended solely to correct the date of the motion hearing and case management conference—supersedes yesterday's earlier order in this case.

**IT IS SO ORDERED.**

Dated: January 6, 2012

EDWARD J. DAVILA
United States District Judge

2
CASE NO. 5:11-CV-01504-EJD
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND