JAMES C. YOON, State Bar No. 177155
Email: jyoon@wsgr.com
MATTHEW R. REED, State Bar No. 196305
Email: mreed@wsgr.com
RANDAL C. MILLER, State Bar No. 268769
Email: rmiller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Defendant
AMBOW EDUCATION HOLDING LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>AMBOW EDUCATION HOLDING LTD., a Cayman Islands corporation, and DOES 1-10,<br><br>  Defendants. | CASE NO.: CV 11-01504 (EJD)<br><br>**WILSON SONSINI GOODRICH & ROSATI'S NOTICE AND MOTION FOR WITHDRAWAL** |

1  Pursuant to Civil Local Rule 11-5, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Defendant Ambow Education Holding Ltd. ("Ambow"), requests an order from the Court permitting WSGR to withdraw as counsel to Ambow, including the withdrawal of James C. Yoon, Matthew R. Reed and Randal C. Miller.

WSGR has given notice of its intent to withdraw to all parties in this case.  Ambow has retained another law firm, Covington & Burling LLP, to represent Ambow going forward, and Michael M. Markman of Covington & Burling has entered an appearance on behalf of Ambow. ECF 59.  Therefore, WSGR's withdrawal will not prejudice any party.

Dated: April 6, 2012                                    WILSON SONSINI GOODRICH & ROSATI
                                                                             Professional Corporation


                                                                    By:      /s/ Matthew R. Reed
                                                                                 Matthew R. Reed


Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter *Mintel Learning Technology, Inc. v. Ambow Education Holding Ltd.*, Case No. 5:11-cv-01504-EJD, is hereby permitted.

IT IS SO ORDERED.

Dated:   April 9, 2012


                                                                    _____
                                                                    The Honorable Edward J. Davila
                                                                    United States District Judge