1  JAMES C. YOON, State Bar No. 177155
   Email: jyoon@wsgr.com
2  MATTHEW R. REED, State Bar No. 196305
   Email: mreed@wsgr.com
3  RANDAL C. MILLER, State Bar No. 268769
   Email: rmiller@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   Attorneys for Defendant
8  AMBOW EDUCATION HOLDING LTD.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          (SAN JOSE DIVISION)
12

13 | MINTEL LEARNING TECHNOLOGY, INC., ) | CASE NO.: CV 11-01504 (EJD)
   | a California corporation,         ) |
14 |                                   ) | **WILSON SONSINI GOODRICH &**
   |           Plaintiff,              ) | **ROSATI'S NOTICE AND MOTION**
15 |                                   ) | **FOR WITHDRAWAL**
   |      v.                           ) |
16 |                                   ) |
   | AMBOW EDUCATION HOLDING LTD., a   ) |
17 | Cayman Islands corporation, and DOES 1-10, ) |
   |                                   ) |
18 |           Defendants.             ) |
   |                                   ) |
19 |                                   ) |
   |                                   ) |
20

21

22

23

24

25

26

27

28

WSGR Notice and Motion For Withdrawal                     Case No. CV 11-01504 (EJD)

Pursuant to Civil Local Rule 11-5, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Defendant Ambow Education Holding Ltd. ("Ambow"), requests an order from the Court permitting WSGR to withdraw as counsel to Ambow, including the withdrawal of James C. Yoon, Matthew R. Reed and Randal C. Miller.

WSGR has given notice of its intent to withdraw to all parties in this case. Ambow has retained another law firm, Covington & Burling LLP, to represent Ambow going forward, and Michael M. Markman of Covington & Burling has entered an appearance on behalf of Ambow. ECF 59. Therefore, WSGR's withdrawal will not prejudice any party.

Dated: April 6, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    /s/ Matthew R. Reed
       Matthew R. Reed

Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter *Mintel Learning Technology, Inc. v. Ambow Education Holding Ltd.*, Case No. 5:11-cv-01504-EJD, is hereby permitted.

IT IS SO ORDERED.

Dated:   April 9, 2012

                            The Honorable Edward J. Davila
                            United States District Judge