IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., | CASE NO. 5:11-cv-01504 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE** |
| v. | |
| AMBOW EDUCATION HOLDING, LTD, et. al., | [Docket Item No(s). 76, 77] |
| Defendant(s). | |

The court has reviewed the letters from counsel dated September 25, 2012 (see Docket Item Nos. 76, 77), and has construed the letter from Plaintiff's counsel as an administrative request to continue the Status Conference scheduled for September 28, 2012. So construed, the request is DENIED. All parties, including J. James Li, shall appear at the Status Conference.

**IT IS SO ORDERED.**

Dated: September 26, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01504 EJD
ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE