IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., | CASE NO. 5:11-cv-01504 EJD |
| Plaintiff(s), | **ORDER GRANTING WITHDRAWAL OF MOTION TO DISMISS; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMBOW EDUCATION HOLDING, LTD., et. al., | [Docket Item No(s). 91, 93] |
| Defendant(s). | |

Good cause appearing therefor, Defendant's request to withdraw its Motion to Dismiss (Docket Item No. 91) is GRANTED. The hearing scheduled for November 30, 2012, is VACATED. Plaintiff's Motion to Appear Telephonically (Docket Item No. 93) is TERMINATED AS MOOT.

The court schedules this case for a Case Management Conference on **January 11, 2013**, at **10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 4, 2013.**

**IT IS SO ORDERED.**

Dated: November 26, 2012

EDWARD J. DAVILA
United States District Judge