IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> AMBOW EDUCATION HOLDING, LTD., et. al., <br><br> Defendant(s). | CASE NO. 5:11-cv-01504 EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 96), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for January 11, 2013, is CONTINUED to **March 22, 2013, at 10:00 a.m.** The parties shall file an updated Joint Case Management Conference Statement on or before **March 15, 2013.**

In addition, Plaintiff should file a Motion to Amend the Scheduling Order to demonstrate the necessary good cause for its requested extension of deadlines. The court therefore schedules a hearing on the anticipated motion for **March 22, 2013, at 9:00 a.m.** The motion shall be filed and noticed consistent with the provisions of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: January 9, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01504 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE