IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff(s), <br> v. <br><br> AMBOW EDUCATION HOLDING, LTD, et. al., <br><br> Defendant(s). | CASE NO. 5:11-cv-01504 EJD <br><br> **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

In light of the recent withdrawal of Defendant's attorney and the corresponding stay of all deadlines in this action (see Docket Item No. 99), the Preliminary Pretrial Conference scheduled for February 1, 2013, is VACATED. The court will address further scheduling issues as necessary at the Case Management Conference currently scheduled for March 22, 2013.

**IT IS SO ORDERED.**

Dated: January 29, 2013

EDWARD J. DAVILA
United States District Judge