United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> AMBOW EDUCATION HOLDING, LTD, et. al., <br><br> Defendant(s). | CASE NO. 5:11-cv-01504 EJD <br><br> **ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Case Management Conference Statements (see Docket Item Nos. 103, 104) and in light of Defendants' recent retention of new counsel, the court finds that a Case Management Conference is premature at this time. Accordingly, the Case Management Conference scheduled for March 22, 2013, is CONTINUED to **May 17, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Conference Statement on or before **May 10, 2013.**

Plaintiff's request to continue the hearing on its anticipated motion to amend the scheduling order is GRANTED. The hearing is CONTINUED to **May 17, 2013, at 9:00 a.m.** The motion shall be filed and noticed consistent with the provisions of Civil Local Rule 7.

The motion to appear by telephone (Docket Item No. 105) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 19, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01504 EJD
ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE