**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., | CASE NO. 5:11-cv-01504 EJD |
| Plaintiff(s), | **ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMBOW EDUCATION HOLDING, LTD, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Case Management Conference Statements (see Docket Item Nos. 103, 104) and in light of Defendants' recent retention of new counsel, the court finds that a Case Management Conference is premature at this time.  Accordingly, the Case Management Conference scheduled for March 22, 2013, is CONTINUED to **May 17, 2013, at 10:00 a.m.**  The parties shall file a Joint Case Management Conference Statement on or before **May 10, 2013.**

Plaintiff's request to continue the hearing on its anticipated motion to amend the scheduling order is GRANTED.  The hearing is CONTINUED to **May 17, 2013, at 9:00 a.m.**  The motion shall be filed and noticed consistent with the provisions of Civil Local Rule 7.

The motion to appear by telephone (Docket Item No. 105) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  March 19, 2013

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-01504 EJD
ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE