CHARLES C.H. WU (SBN 166756)
Email: cchwu@wclawyers.com
VIKRAM M. REDDY (SBN 228515)
Email: vreddy@wclawyers.com
**CHARLES C.H. WU & ASSOCIATES, APC**
98 Discovery
Irvine, California 92618
Telephone: (949) 251-0111
Facsimile: (949) 251-1588

Special counsel for Heide Kurtz, Chapter 7 trustee for the Estate of Mintel Learning Technology, Inc.

ISAAC H. WINER (SBN 162792)
Email: ihw@ihwlaw.com
**LAW OFFICE OF ISAAC H. WINER**
2225 E. Bayshore Rd., Ste. 200
Palo Alto, California 94303
Telephone: (650) 330-0110
Facsimile: (650) 618-1886

Attorneys for Defendant
Ambow Education Holding Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMBOW EDUCATION HOLDING LTD., a Cayman Islands corporation, and JIN HUANG, an individual, and DOES 1-10,<br><br>Defendants. | Case No. CV 11-01504 (EJD)<br>Magistrate Judge: Paul Singh Grewal<br><br>**[~~PROPOSED~~] REVISED ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES AND AMEND SCHEDULING ORDER** |

\\\

\\\

\\\

\\\

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based upon the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Scheduling Order is amended to reflect the dates in the below table; and

2. The May 17, 2013 hearing on Plaintiff's Motion to Amend Scheduling Order self-calendared by the Court is hereby moot and off calendar.

| EVENTS | STIPULATED DEADLINES |
|---|---|
| Fact discovery cutoff | JANUARY 13, 2014 |
| Designation of Opening Experts with Reports | JANUARY 17, 2014 (56 days before Expert Discovery Cutoff) |
| Designation of Rebuttal Experts with reports | FEBRUARY 14, 2014 (28 days before Expert Discovery Cutoff) |
| Expert discovery cutoff | MARCH 14, 2014 |
| Deadline(s) for Filing Discovery Motions | Per Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | APRIL 14, 2014 |

| Preliminary Pretrial Conference | MAY 5, 2014 |
| --- | --- |
| Joint Preliminary Pretrial Conference Statement | APRIL 25, 2014 |

IT IS SO ORDERED this ___7___ day of ___May___, 2013.

*[signature]*

Judge, United States District Court
Edward J. Davila