1  CHARLES C.H. WU (SBN 166756)
   Email: cchwu@wclawyers.com
2  VIKRAM M. REDDY (SBN 228515)
   Email: vreddy@wclawyers.com
3  **CHARLES C.H. WU & ASSOCIATES, APC**
   98 Discovery
4  Irvine, California 92618
   Telephone: (949) 251-0111
5  Facsimile:  (949) 251-1588

6  Special counsel for Heide Kurtz, Chapter 7 trustee for the
   Estate of Mintel Learning Technology, Inc.
7
   ISAAC H.WINER (SBN 162792)
8  Email: ihw@ihwlaw.com
   **LAW OFFICE OF ISAAC H. WINER**
9  2225 E. Bayshore Rd., Ste. 200
   Palo Alto, California 94303
10 Telephone: (650) 330-0110
   Facsimile:  (650) 618-1886
11
   Attorneys for Defendant
12 Ambow Education Holding Ltd.

13
                          **UNITED STATES DISTRICT COURT**
14
                          **NORTHERN DISTRICT OF CALIFORNIA**
15
                                   **(SAN JOSE DIVISION)**
16

17 | MINTEL LEARNING TECHNOLOGY, INC., a | Case No. CV 11-01504 (EJD)
   | California corporation, | Magistrate Judge: Paul Singh Grewal
18 |   |
   |       Plaintiff, | **[PROPOSED] REVISED ORDER ON**
19 |   | **JOINT STIPULATION TO CONTINUE**
   | vs. | **DEADLINES AND AMEND**
20 | AMBOW EDUCATION HOLDING LTD., a | **SCHEDULING ORDER**
   | Cayman Islands corporation, and JIN HUANG, |
21 | an individual, and DOES 1-10, |
   |       Defendants. |
22

23

24

25 \\\

26 \\\

27 \\\

28 \\\

                                          1                    Case No. CV 11-01504 (EJD)
       ORDER ON JOINT STIPULATION TO CONTINUE DEADLINES AND AMEND SCHEDULING ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based upon the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Scheduling Order is amended to reflect the dates in the below table; and

2. The May 17, 2013 hearing on Plaintiff's Motion to Amend Scheduling Order self-calendared by the Court is hereby moot and off calendar.

| EVENTS | STIPULATED DEADLINES |
| --- | --- |
| Fact discovery cutoff | JANUARY 13, 2014 |
| Designation of Opening Experts with Reports | JANUARY 17, 2014 (56 days before Expert Discovery Cutoff) |
| Designation of Rebuttal Experts with reports | FEBRUARY 14, 2014 (28 days before Expert Discovery Cutoff) |
| Expert discovery cutoff | MARCH 14, 2014 |
| Deadline(s) for Filing Discovery Motions | Per Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | APRIL 14, 2014 |

<tr>
<td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

<tr><td>

| Preliminary Pretrial Conference | MAY 5, 2014 |
|---|---|
| Joint Preliminary Pretrial Conference Statement | APRIL 25, 2014 |

IT IS SO ORDERED this ___7___ day of ___May___, 2013.

_____
Judge, United States District Court
Edward J. Davila