**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., <br><br> Plaintiff(s), <br> v. <br><br> AMBOW EDUCATION HOLDING, LTD, et. al., <br><br> Defendant(s). | CASE NO. 5:11-cv-01504 EJD <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Case Management Statement (see Docket Item No. 115), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for May 17, 2013, is VACATED.

**IT IS SO ORDERED.**

Dated: May 14, 2013

EDWARD J. DAVILA
United States District Judge