IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., | CASE NO. 5:11-cv-01504 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| AMBOW EDUCATION HOLDING, LTD, et. al., | |
| Defendant(s). | |

Having reviewed the declaration filed by new counsel for Defendant Ambow Education Holdings, Ltd. (see Docket Item No. 125), and for the purpose of clarity on this subject, the court finds that Ambow has demonstrated good cause as required.  Accordingly, the Order to Show Cause issued October 2, 2013 (see Docket Item No. 123), is DISCHARGED.  This action shall proceed according to the Case Management Order filed May 7, 2013 (see Docket Item No. 112).

**IT IS SO ORDERED.**

Dated:  December 19, 2013

EDWARD J. DAVILA
United States District Judge