**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10   MINTEL LEARNING TECHNOLOGY,          CASE NO. 5:11-cv-01504 EJD
     INC.,
11                                        **ORDER DISCHARGING ORDER TO
                                          SHOW CAUSE**
12                 Plaintiff(s),
          v.
13
     AMBOW EDUCATION HOLDING, LTD,
14   et. al.,

15
                   Defendant(s).
16   _____/

17        Having reviewed the declaration filed by new counsel for Defendant Ambow Education

18   Holdings, Ltd. (see Docket Item No. 125), and for the purpose of clarity on this subject, the court

19   finds that Ambow has demonstrated good cause as required.  Accordingly, the Order to Show Cause

20   issued October 2, 2013 (see Docket Item No. 123), is DISCHARGED.  This action shall proceed

21   according to the Case Management Order filed May 7, 2013 (see Docket Item No. 112).

22   **IT IS SO ORDERED.**

23

24   Dated:  December 19, 2013

25                                        _____
                                          EDWARD J. DAVILA
26                                        United States District Judge

27

28

                                              1

CASE NO. 5:11-cv-01504 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE