CHARLES C.H. WU (SBN 166756)
Email: cchwu@wclawyers.com
VIKRAM M. REDDY (SBN 228515)
Email: vreddy@wclawyers.com
**CHARLES C.H. WU & ASSOCIATES, APC**
98 Discovery
Irvine, California 92618
Telephone: (949) 251-0111
Facsimile: (949) 251-1588

Special counsel for Heide Kurtz, Chapter 7 trustee for the Estate of Mintel Learning Technology, Inc.

Brian Y. Lee (S.B. No. 197233)
Isaac H. Winer (S.B. No. 162792)
**PIVOTPOINT LAW, P.C.**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone Number:  (650) 251-4643
Facsimile Number:  (650) 251-4201
Email: blee@pivotpointlaw.com

Attorneys for Defendant
Ambow Education Holding Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>     Plaintiff,<br><br>   vs.<br><br>AMBOW EDUCATION HOLDING LTD., a Cayman Islands corporation, and JIN HUANG, an individual, and DOES 1-10,<br><br>     Defendants. | Case No. CV 11-01504 (EJD)<br>Magistrate Judge: Paul Singh Grewal<br><br>**[PROPOSED]** **ORDER ON STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND RELATED DEADLINES AND AMEND CASE MANAGEMENT ORDER**<br>AS MODIFIED BY THE COURT |

///

///

///

Based upon the Parties' Joint Stipulation To Extend Fact Discovery Cutoff And Related Deadlines And Amend Case Management Order (the "Joint Stipulation"), and good cause appearing,

THE COURT HEREBY ORDERS THAT:

The Parties' request for an extension of case management deadlines is GRANTED, and the Case Management Order dated May 7, 2013 (Dkt. #112) is amended to reflect the dates in the below table:

| EVENTS | DEADLINES |
|---|---|
| Fact discovery cutoff | APRIL 14, 2014 |
| Designation of Opening Experts with Reports | APRIL 18, 2014 (56 days before Expert Discovery Cutoff) |
| Designation of Rebuttal Experts with reports | MAY 16, 2014 (28 days before Expert Discovery Cutoff) |
| Expert discovery cutoff | JUNE 13, 2014 |
| Deadline(s) for Filing Discovery Motions | Per Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | JULY 14, 2014 |
| Joint Preliminary Pretrial Conference Statement | April 25, 2014 |
| Preliminary Pretrial Conference | May 5, 2014 |

IT IS SO ORDERED this ___23rd___ day of __December__, 2013.



EDWARD J. DAVILA
Judge, United States District Court